| | |
|---|---|
| 1 | Young Cho |
| | Attorney at Law: 189870 |
| 2 | Law Offices of Lawrence D. Rohlfing |
| | 12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670 |
| 3 | Tel.: (562) 868-5886 |
| | Fax: (562) 868-5491 |
| 4 | E-mail: young_rohlfing.office@speakeasy.net |

Attorneys for Plaintiff
DEBRA J. CARTER                                                                    JS-6

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBRA J. CARTER, | ) | Case No.: CV 09-8358 AN |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation to Dismiss,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each side to bear his/her own costs and expenses, including attorney's fees.

DATE: April 6, 2010

_____
THE HONORABLE ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

-1-